UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>GARY REDMAN, et al.,<br><br>            Defendants. | No. 2:18-cv-2519 KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

Dated: October 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hern2519.36