UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ, | No. 2:18-cv-2519 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARY REDMAN, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, requests that he be allowed to withdraw his complaint without prejudice, and asks that such early dismissal of this case not count as a strike under 28 U.S.C. § 1915(g). In his filing, plaintiff concedes that he overlooked some of the statutory exhaustion requirements, and seeks to withdraw his complaint at this early stage to avoid it counting as a strike to re-file his case once exhaustion is complete. The court construes plaintiff's filing as a request that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Plaintiff is correct that his request to dismiss the case was filed very early. Indeed, the court has not yet screened plaintiff's complaint because plaintiff had not yet filed a complete application to proceed in forma pauperis. However, plaintiff's request that this case not be counted as a strike under § 1915(g) is premature. Subsequent courts are allowed to review this case to determine whether its filing constitutes a strike. The undersigned does not believe it

1

appropriate to address such issue in this case, but even if the undersigned found such dismissal not to be a strike, such decision would not be binding on other courts. If in the future a defendant challenges plaintiff's right to proceed in forma pauperis in a different civil rights action based on the filing of the instant action, plaintiff will have an opportunity to respond to such challenge at that time. Plaintiff's request is denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 8) is partially granted; and

2. This action is dismissed. Fed. R. Civ. P. 41(a).

Dated: November 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/hern2519.59

2